**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 4/24/2017

Case: _Santos_

Civ. A. 16 - 7107 (DLI)(VMS)

**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

2:48-4:15, 4:39-5:14, 5:18-6:00, 6:16-7:40

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)   ☐ Pro Se Plaintiff(s)   ☑ Counsel for Defendant(s)   ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference   ☐ Status Conference   ☐ Settlement Conference   ☑ Motion Hearing   ☐ Discovery Conference   ☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference   Date:   Time:
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference   Date:   Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Santos          Civ. A. 16 - 7107

Date: 4/24/2017

**Additional Orders:**

π called the following witnesses who were sworn:

① Thomas Keller
② Yolanda Sosa
③ Augustine Francis
④ Gustavo Santos
⑤ Francisco Zeferino Mayahoa

Witnesses 2-4 used the services of the Spanish translator, previously sworn, Patricia. Witness 5 switched to the Triqui translator at 7:01.

→ D offered D Exhibit 1 which was admitted (google map)

→ π offered π Exhibit which was not admitted but accepted as a demonstrative.

→ Decision to follow. Court to order transcript.

Page 2 of 2