**JACOB ARONAUER, ESQ.**
Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

October 11, 2017

**Via ECF**
Hon. Dora Lizette Irizarry
United States District Court for the
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

      Re.:   *Gustavo Santos v. ET & K Foods, Inc., et al.*,
               16-cv-7107 (DLI)(VMS)

Dear Judge Irizarry:

      On August 7, 2017, this office requested leave to make a motion for an evidentiary hearing with respect to a) whether a backdoor settlement in violation of *Cheeks* had occurred between the parties, and b) whether Plaintiff's counsel should receive attorney fees under New York Judiciary law § 475 (dkt 043). That same day, Defendants' counsel acknowledged in a letter to the Court that a settlement had occurred between the parties without Court approval (dkt 045).

      We renew our request for leave to make a motion set forth above.

                                                          Respectfully,

                                                            */s Jacob Aronauer*
                                                            Jacob Aronauer

cc:  **By ECF**
      *All attorneys on record*