**JACOB ARONAUER, ESQ.**
Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 16, 2018

**Via ECF**
Hon. Judge Scanlon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

   Re.: *Gustavo Santos v. ET & K Foods, Inc., et al.*,
      16-cv-7107 (DLI)(VMS)

Dear Judge Scanlon:

  I request to adjourn the scheduled oral argument set for July 18, 2018. I apologize for not timely making this request. The basis for my request is that I have a family member who is recovering from surgery. Defendants graciously consent. This is my first request for an adjournment. I apologize for not providing the Court with alternative dates but will do so in the next two business days.

                Respectfully,

                */s Jacob Aronauer*
                Jacob Aronauer

cc: **By ECF**
   *All attorneys on record*